THE STATE OF OHIO, APPELLEE, *v.* BURTON, APPELLANT.

[Cite as *State v. Burton* (1995), 73 Ohio St.3d 35.]

(No. 94–1648—Submitted April 24, 1995—Decided August 9, 1995.)

*Kevin Burton, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.